UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: THE PIPER GROUP, INC. § Case No. 18-41344-WJL
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Marlene G. Weinstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $160,500.00          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $620,887.23          Claims Discharged Without Payment: N/A

Total Expenses of Administration: $238,112.77

3) Total gross receipts of $ 859,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $859,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 18-41344   Doc# 103   Filed: 03/06/20   Entered: 03/06/20 10:19:35   Page 1 of 17

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $60,412.59 | $538,611.49 | $527,248.48 | $527,248.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 238,112.77 | 238,112.77 | 238,112.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,675.89 | 3,675.89 | 3,675.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 423,338.00 | 486,517.37 | 482,584.23 | 89,962.86 |
| **TOTAL DISBURSEMENTS** | $483,750.59 | $1,266,917.52 | $1,251,621.37 | $859,000.00 |

4) This case was originally filed under Chapter 7 on June 07, 2018. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2020          By: /s/Marlene G. Weinstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer of real property (recovered) | 1241-000 | 850,000.00 |
| Rent from recovered real property | 1222-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$859,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S-2 | FRANCHISE TAX BOARD | 4800-000 | N/A | | 0.00 | 0.00 |
| 3S-3 | FRANCHISE TAX BOARD | 4800-000 | 52,382.96 | 26,323.03 | 16,382.25 | 16,382.25 |
| 4S-2 | Employment Development Department | 4800-000 | 8,029.63 | 8,994.53 | 7,572.30 | 7,572.30 |
| WASTE | Republic Services | 4120-000 | N/A | 152.94 | 152.94 | 152.94 |
| SECURED | DOUGLAS G. SYKES | 4110-000 | N/A | 491,865.16 | 491,865.16 | 491,865.16 |
| | Contra Costa County Tax Collector | 4700-000 | N/A | 180.95 | 180.95 | 180.95 |
| | Contra Costa County Tax Collector | 4700-000 | N/A | 18.09 | 18.09 | 18.09 |
| | Contra Costa County Tax Collector | 4700-000 | N/A | 180.95 | 180.95 | 180.95 |
| | Contra Costa County Tax Collector | 4700-000 | N/A | 38.09 | 38.09 | 38.09 |
| | Contra Costa County Tax Collector | 4700-000 | N/A | 10,857.75 | 10,857.75 | 10,857.75 |
| **TOTAL SECURED CLAIMS** | | | **$60,412.59** | **$538,611.49** | **$527,248.48** | **$527,248.48** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marlene G. Weinstein | 2100-000 | N/A | 46,200.00 | 46,200.00 | 46,200.00 |
| Trustee Expenses - Marlene G. Weinstein | 2200-000 | N/A | 233.76 | 233.76 | 233.76 |
| Other - Rincon Law, LLP | 3210-000 | N/A | 58,190.00 | 58,190.00 | 58,190.00 |
| Other - Rincon Law, LLP | 3220-000 | N/A | 944.37 | 944.37 | 944.37 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3410-000 | N/A | 18,313.50 | 18,313.50 | 18,313.50 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3420-000 | N/A | 84.21 | 84.21 | 84.21 |
| Other - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Conscious Construction, Inc. | 2990-000 | N/A | 11,794.41 | 11,794.41 | 11,794.41 |
| Other - Republic Services | 2420-000 | N/A | 567.83 | 567.83 | 567.83 |
| Other - Franchise Tax Board | 2820-000 | N/A | 13,339.00 | 13,339.00 | 13,339.00 |
| Other - Trustee Insurance Agency - Seneca | 2420-000 | N/A | 606.50 | 606.50 | 606.50 |
| Other - Department of the Treasury | 2810-000 | N/A | 24,452.00 | 24,452.00 | 24,452.00 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 5.16 | 5.16 | 5.16 |
| Other - Jay and Karen Fenton, Trustees | 2820-000 | N/A | -4,253.70 | -4,253.70 | -4,253.70 |
| Other - Fisher Realtors | 3510-000 | N/A | 12,750.00 | 12,750.00 | 12,750.00 |
| Other - Realty World Regency LLC | 3510-000 | N/A | 12,750.00 | 12,750.00 | 12,750.00 |
| Other - Lee & Associates | 3510-000 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| Other - Contra Costa County Recorder | 2500-000 | N/A | 34.00 | 34.00 | 34.00 |
| Other - Contra Costa County Recorder | 2500-000 | N/A | 58.00 | 58.00 | 58.00 |
| Other - Contra Costa County Recorder | 2820-000 | N/A | 2,975.00 | 2,975.00 | 2,975.00 |
| Other - Contra Costa County Recorder | 2820-000 | N/A | 935.00 | 935.00 | 935.00 |
| Other - JCP-LGS Reports | 2500-000 | N/A | 149.00 | 149.00 | 149.00 |
| Other - Contra Costa County Tax Collector | 2820-000 | N/A | 5,104.44 | 5,104.44 | 5,104.44 |
| Other - Contra Costa County Tax Collector | 2820-000 | N/A | 5,104.44 | 5,104.44 | 5,104.44 |
| Other - Contra Costa County Tax Collector | 2820-000 | N/A | 510.44 | 510.44 | 510.44 |
| Other - Contra Costa County Tax Collector | 2820-000 | N/A | 477.86 | 477.86 | 477.86 |
| Other - Contra Costa County Tax Collector | 2820-000 | N/A | 47.78 | 47.78 | 47.78 |
| Other - North American Title Company Inc. | 2820-000 | N/A | 477.86 | 477.86 | 477.86 |
| Other - North American Title Company Inc. | 2820-000 | N/A | 67.78 | 67.78 | 67.78 |
| Other - North American Title Company | 2820-000 | N/A | -105.87 | -105.87 | -105.87 |

**UST Form 101-7-TDR (10/1/2010)**

|  | TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $238,112.77 | $238,112.77 | $238,112.77 |
|---|---|---|---|---|---|

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 2P-2 | Department of the Treasury | 5800-000 | 0.00 | 1,151.17 | 1,151.17 | 1,151.17 |
| 3P | FRANCHISE TAX BOARD | 5200-000 | N/A | N/A | 0.00 | 0.00 |
| 3P-2 | FRANCHISE TAX BOARD | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 3P-3 | FRANCHISE TAX BOARD | 5800-000 | N/A | 2,524.72 | 2,524.72 | 2,524.72 |
| 4P | Employment Development Department | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $3,675.89 | $3,675.89 | $3,675.89 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RGW Construction, Inc. | 7100-000 | 358,338.00 | 450,000.00 | 450,000.00 | 86,708.04 |
| 2U | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2U-2 | Department of the Treasury | 7100-000 | N/A | 1,728.22 | 342.57 | 66.01 |
| 3U | FRANCHISE TAX BOARD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3U-2 | FRANCHISE TAX BOARD | 7300-000 | N/A | N/A | 0.00 | 0.00 |
| 3U-3 | FRANCHISE TAX BOARD | 7100-000 | N/A | 3,763.61 | 909.88 | 175.32 |
| 4U | Employment Development Department | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | California Dept. of Tax & Fee Administration | 7100-000 | N/A | 1,621.51 | 1,531.61 | 295.12 |
| 6 | WELLS FARGO BANK | 7100-000 | N/A | 13,739.43 | 13,739.43 | 2,647.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Republic Services | 7100-000 | N/A | 2,050.62 | 0.00 | 0.00 |
| 7 -2 | Republic Services | 7100-000 | N/A | 368.45 | 368.45 | 70.99 |
| 2-SUB | Internal Revenue Service | 7300-000 | N/A | 1,385.65 | 1,385.65 | 0.00 |
| 3-SUB | FRANCHISE TAX BOARD | 7300-000 | N/A | 11,859.88 | 12,794.51 | 0.00 |
| 4-SUB | Employment Development Department | 7300-000 | N/A | N/A | 0.00 | 0.00 |
| 5-SUB | California Dept. of Tax & Fee Administration | 7300-000 | N/A | N/A | 89.90 | 0.00 |
| 4-2SUB | Employment Development Department | 7300-000 | N/A | N/A | 1,422.23 | 0.00 |
| NOTFILED | Willie Electric Supply | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cirimele Electric Works, Inc. | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $423,338.00 | $486,517.37 | $482,584.23 | $89,962.86 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-41344-WJL  **Trustee:** (001780) Marlene G. Weinstein
**Case Name:** THE PIPER GROUP, INC.  **Filed (f) or Converted (c):** 06/07/18 (f)
  **§341(a) Meeting Date:** 07/17/18
**Period Ending:** 02/18/20  **Claims Bar Date:** 10/10/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2005 Ford Truck [306,021 miles]. Order Authorizing Disposition of Assest [ECF #48]; Donated to Kars 4 Kids | 500.00 | 0.00 | | 0.00 | FA |
| 2  Potential legal malpractice vs Wm. Campbell  Per counsel and review of documents, no grounds to pursue malpractice claim. | Unknown | 0.00 | | 0.00 | FA |
| 3  Possible breach of contract/good faith v Amtrust  Per counsel and review of documents, no grounds to pursue claim. | Unknown | 0.00 | | 0.00 | FA |
| 4  A/R Over 90 days old. Face amount = $160,000.00.  Per counsel, estate could not overcome the evidence provided by creditor in support of its claim. A/R was disputed. No evidence provided by debtor to support offset against amount owed to creditor. | 160,000.00 | 0.00 | | 0.00 | FA |
| 5  Fraudulent transfer of real property (recovered) (u)  Amended Report of Sale [ECF #62]; Report of Sale [ECF #51]; Order Authorizing Sale of Property [ECF #46]; Stip and Order Avoidng Transfer [ECF #16 and #18] | 0.00 | 263,428.34 | | 850,000.00 | FA |
| 6  Rent from recovered real property (u)  Operating Order [ECF #23]; Cash Collateral Stip/Order [ECF ## 22/25]; Rents paid to secured creditor | 0.00 | 0.00 | | 9,000.00 | FA |
| 7  Misc. property property left on premises (u)  Order Authorizing Disposition of Property [ECF #48] | 0.00 | 0.00 | | 0.00 | FA |
| 8  1997 Ford truck [no equitable interest] (u)  Order Authorizing Abandonment [ECF #65]; Motion to Abandon [ECF #54] | 0.00 | 0.00 | OA | 0.00 | FA |
| **8  Assets  Totals** (Excluding unknown values) | **$160,500.00** | **$263,428.34** | | **$859,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  09/10/19 - when FTB check clears, final claims review and TFR
  08/08/19 - file application for authority to pay final income tax to IRS and FTB, final fee apps, then TFR
  07/31/19 - final tax returns to be prepared, then fee app and TFR

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-41344-WJL | **Trustee:** (001780) Marlene G. Weinstein |
| **Case Name:** THE PIPER GROUP, INC. | **Filed (f) or Converted (c):** 06/07/18 (f) |
| | **§341(a) Meeting Date:** 07/17/18 |
| **Period Ending:** 02/18/20 | **Claims Bar Date:** 10/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

07/29/19 - RGW claim resolved - wait for estate's final tax returns to be filed
06/21/19 - resolve EDD and RGW claims, then fee apps, TFR
06/21/19 - waiting for response re: insurance claim and then resolve RGW claim
04/08/19 - Submit dec/order re: FTB claim objection
03/08/19 - resolve FTB and RGW claim , analysis of insurance/malpractice claims
02/05/19 - resolution of claims re: major creditor and taxes
12/24/18 - accountant tor review and resolve issues re: tax claims
12/20/18 - communication with AmTrust re: insurance
12/12/18 - December 27, 2018 deadline for overbids - Hrg. on motion to sell free and clear 1/9/19
12/12/18 - file motion to sell free and clear, sale to close, then resolution of claim issues
10/08/18 - address issue re: personal property on premises
10/03/18 - negotiationg re: pending purchase offers
09/05/18 - realtors employed - property to be listed for sale and COE in January
08/17/18 - upon entry of order avoiding lien, list property for sale (and resolve transferee's reimbursement claim)
08/17/18 - negotiate with transferee re: reimbursement and maintenance of and vacating property
08/01/18 - retain accountant and confer re: tax returns
07/12/18 - A/P status conf. is 9/5/2018 and requested claims bar date (also investigate car transfers)
07/06/18 - wait for answer to complaint
07/06/18 - AP 18-04093 for avoidable transfer filed to recover property

**Initial Projected Date Of Final Report (TFR):** May 31, 2018   **Current Projected Date Of Final Report (TFR):** November 12, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/18 | {6} | Gremelli Industries | October rent payment | 1222-000 | 3,000.00 | | 3,000.00 |
| 10/11/18 | 101 | Trustee Insurance Agency - Seneca | Ref # INVOICE 1927; RMP4700116 | 2420-000 | | 606.50 | 2,393.50 |
| 10/11/18 | 102 | DOUGLAS G. SYKES | 605-509 Marina Way South, Richmond, CA Cash Collateral Order ECF #25 | 4110-000 | | 2,293.50 | 100.00 |
| 11/05/18 | {6} | Gremelli Industries | Payment for November | 1222-000 | 3,000.00 | | 3,100.00 |
| 11/16/18 | 103 | DOUGLAS G. SYKES | 605-509 Marina Way South, Richmond, CA Cash Collateral Order ECF #25 | 4110-000 | | 3,000.00 | 100.00 |
| 12/05/18 | {6} | Gremelli Industries | December payment | 1222-000 | 3,000.00 | | 3,100.00 |
| 12/12/18 | 104 | DOUGLAS G. SYKES | December rent - cash collateral turnover - Order [ECF #25] | 4110-000 | | 3,000.00 | 100.00 |
| 01/22/19 | {5} | Karen Leong Fenton | Down payment towards purchase price for property; Order Authorizing Sale ECF #46 | 1241-000 | 25,000.00 | | 25,100.00 |
| 01/23/19 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2019 FOR CASE #18-41344 | 2300-000 | | 5.16 | 25,094.84 |
| 02/04/19 | | North American Title Company Inc. | Net proceeds from sale of property | | 267,311.67 | | 292,406.51 |
| | {5} | Jay and Karen Fenton, Trustees | Gross sales price less $25k deposit already received    850,000.00 | 1241-000 | | | 292,406.51 |
| | {5} | | Deposit previously received by Trustee    -25,000.00 | 1241-000 | | | 292,406.51 |
| | | Jay and Karen Fenton, Trustees | Credit for county property taxes    4,253.70 | 2820-000 | | | 292,406.51 |
| | | Fisher Realtors | Commission to estate's realtor    -12,750.00 | 3510-000 | | | 292,406.51 |
| | | Realty World Regency LLC | Commission to estate's realtor    -12,750.00 | 3510-000 | | | 292,406.51 |
| | | Lee & Associates | Commission to buyer's realtor    -25,500.00 | 3510-000 | | | 292,406.51 |
| | | Contra Costa County Recorder | Recording Fees re Sub ot Trustee/Reconveyane    -34.00 | 2500-000 | | | 292,406.51 |
| | | Contra Costa County Recorder | Recording Fees re: Orders    -58.00 | 2500-000 | | | 292,406.51 |
| | | Contra Costa County Recorder | City Transfer Tax (50%)    -2,975.00 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Recorder | County Transfer Tax    -935.00 | 2820-000 | | | 292,406.51 |
| | | DOUGLAS G. SYKES | Loan secured by first deed of trust on property    -486,571.66 | 4110-000 | | | 292,406.51 |
| | | DOUGLAS G. SYKES | Cedit for December    3,000.00 | 4110-000 | | | 292,406.51 |

Subtotals: $301,311.67    $8,905.16

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 18-41344-WJL | | Trustee: | Marlene G. Weinstein (001780) |
|---|---|---|---|---|
| Case Name: | THE PIPER GROUP, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***6085 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 02/18/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Payment | | | | | |
| | | Republic Services | Lien for waste collection | -152.94 | 4120-000 | | | 292,406.51 |
| | | JCP-LGS Reports | Natural Hazard Report | -149.00 | 2500-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | 1st Installment 2018-2019 | -5,104.44 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | 2nd Installment 2018-2019 | -5,104.44 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | Tax Penalty | -510.44 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | 1st Installment 2017-2018 | -180.95 | 4700-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | Penalty on 1st Installment 2017-2018 | -18.09 | 4700-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | 2nd Supplemental 2017-2018 | -180.95 | 4700-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | Penalty on 2nd Installment 2017-2018 | -38.09 | 4700-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | 1st Supplement 2018-2019 | -477.86 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | Penalty on 1st Installment2018-2019 | -47.78 | 2820-000 | | | 292,406.51 |
| | | | 2nd Installment 2018-2019 | -477.86 | 2820-000 | | | 292,406.51 |
| | | | Penalty on 2nd Supplement Installment | -67.78 | 2820-000 | | | 292,406.51 |
| | | Contra Costa County Tax Collector | Defaults to 2/28/2019 | -10,857.75 | 4700-000 | | | 292,406.51 |
| 02/07/19 | 106 | Conscious Construction, Inc. | Order Authorizing Compromise [ECF #52] | | 2990-000 | | 11,794.41 | 280,612.10 |
| 03/22/19 | | North American Title Company | Refund of overpayment of property taxes | | 2820-000 | | -105.87 | 280,717.97 |
| 06/25/19 | 107 | FRANCHISE TAX BOARD | XXX5499XXX - Order Authorizing Payment [ECF #75] | | 4800-000 | | 16,382.25 | 264,335.72 |
| 07/19/19 | 108 | Employment Development Department | Ref # XXXX-XXX7936 - Order Authorizing Payment [ECF #77] | | 4800-000 | | 7,572.30 | 256,763.42 |
| 09/10/19 | 109 | Franchise Tax Board | Voided: wrong Tax ID number on check - replaced by Check #111 Voided on 09/10/19 | | 2820-000 | | 13,339.00 | 243,424.42 |
| 09/10/19 | 109 | Franchise Tax Board | Voided: wrong Tax ID number on check - replaced by Check #111 | | 2820-000 | | -13,339.00 | 256,763.42 |

Subtotals :      $0.00      $35,643.09

{} Asset reference(s)      Printed: 02/18/2020 01:23 PM      V.14.66

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 18-41344-WJL | | Trustee: | Marlene G. Weinstein (001780) |
|---|---|---|---|---|
| Case Name: | THE PIPER GROUP, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***6085 | | Blanket Bond: | $67,398,068.00 (per case limit) |
| Period Ending: | 02/18/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 09/10/19 | | | | |
| 09/10/19 | 110 | Department of the Treasury | 2018 Form 1120 --- TIN 26-3736085 - Order Authorizing Payment [ECF #88] Voided on 09/10/19 | 2810-000 | | 24,452.00 | 232,311.42 |
| 09/10/19 | 110 | Department of the Treasury | 2018 Form 1120 --- TIN 26-3736085 - Order Authorizing Payment [ECF #88] Voided: check issued on 09/10/19 | 2810-000 | | -24,452.00 | 256,763.42 |
| 09/10/19 | 111 | Franchise Tax Board | TAX ID# 26-3736085; 2018 FORM 100 - Order Authorizing Payment [ECF #88] | 2820-000 | | 13,339.00 | 243,424.42 |
| 09/11/19 | | Department of the Treasury | Paid through EFTPS system | 2810-000 | | 24,452.00 | 218,972.42 |
| 12/16/19 | 112 | Marlene G. Weinstein | Dividend paid 100.00% on $233.76, Trustee Expenses; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 2200-000 | | 233.76 | 218,738.66 |
| 12/16/19 | 112 | Marlene G. Weinstein | Dividend paid 100.00% on $233.76, Trustee Expenses; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided: check issued on 12/16/19 | 2200-000 | | -233.76 | 218,972.42 |
| 12/16/19 | 113 | Marlene G. Weinstein | Dividend paid 100.00% on $46,200.00, Trustee Compensation; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 2100-000 | | 46,200.00 | 172,772.42 |
| 12/16/19 | 113 | Marlene G. Weinstein | Dividend paid 100.00% on $46,200.00, Trustee Compensation; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided: check issued on 12/16/19 | 2100-000 | | -46,200.00 | 218,972.42 |
| 12/16/19 | 114 | Rincon Law, LLP | Dividend paid 100.00% on $58,910.00, Attorney for Trustee Fees (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 3210-000 | | 58,910.00 | 160,062.42 |
| 12/16/19 | 114 | Rincon Law, LLP | Dividend paid 100.00% on $58,910.00, Attorney for Trustee Fees (Other Firm); | 3210-000 | | -58,910.00 | 218,972.42 |

Subtotals : $0.00  $37,791.00

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | | | | |
| 12/16/19 | 115 | Rincon Law, LLP | Dividend paid 100.00% on $944.37, Attorney for Trustee Expenses (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 3220-000 | | 944.37 | 218,028.05 |
| 12/16/19 | 115 | Rincon Law, LLP | Dividend paid 100.00% on $944.37, Attorney for Trustee Expenses (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 3220-000 | | -944.37 | 218,972.42 |
| 12/16/19 | 116 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $18,313.50, Accountant for Trustee Fees (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 3410-000 | | 18,313.50 | 200,658.92 |
| 12/16/19 | 116 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $18,313.50, Accountant for Trustee Fees (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 3410-000 | | -18,313.50 | 218,972.42 |
| 12/16/19 | 117 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $84.21, Accountant for Trustee Expenses (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 3420-000 | | 84.21 | 218,888.21 |
| 12/16/19 | 117 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $84.21, Accountant for Trustee Expenses (Other Firm); Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 3420-000 | | -84.21 | 218,972.42 |

Subtotals : $0.00 $0.00

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.  

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/19 | 118 | Franchise Tax Board (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: XXX5499XXX- YEAR 2020  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 2820-000 | | 800.00 | 218,172.42 |
| 12/16/19 | 118 | Franchise Tax Board (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: XXX5499XXX- YEAR 2020  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided: check issued on 12/16/19 | 2820-000 | | -800.00 | 218,972.42 |
| 12/16/19 | 119 | Republic Services | Dividend paid 100.00% on $567.83, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs);  Reference: 9176-CIRIMELE  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 2420-000 | | 567.83 | 218,404.59 |
| 12/16/19 | 119 | Republic Services | Dividend paid 100.00% on $567.83, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs);  Reference: 9176-CIRIMELE  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided: check issued on 12/16/19 | 2420-000 | | -567.83 | 218,972.42 |
| 12/16/19 | 120 | Department of the Treasury | Dividend paid 100.00% on $1,151.17; Claim# 2P-2; Filed: $1,151.17; Reference: XX-XXX6085  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided on 12/16/19 | 5800-000 | | 1,151.17 | 217,821.25 |
| 12/16/19 | 120 | Department of the Treasury | Dividend paid 100.00% on $1,151.17; Claim# 2P-2; Filed: $1,151.17; Reference: XX-XXX6085  Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution Voided: check issued on 12/16/19 | 5800-000 | | -1,151.17 | 218,972.42 |

Subtotals : $0.00   $0.00

{} Asset reference(s)   Printed: 02/18/2020 01:23 PM   V.14.66

Case: 18-41344   Doc# 103   Filed: 03/06/20   Entered: 03/06/20 10:19:35   Page 13 of 17

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/19 | 121 | FRANCHISE TAX BOARD | Dividend paid 100.00% on $2,524.72; Claim# 3P-3; Filed: $2,524.72; Reference: XXX5499XXX Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 5800-000 | | 2,524.72 | 216,447.70 |
| 12/16/19 | 121 | FRANCHISE TAX BOARD | Dividend paid 100.00% on $2,524.72; Claim# 3P-3; Filed: $2,524.72; Reference: XXX5499XXX Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 5800-000 | | -2,524.72 | 218,972.42 |
| 12/16/19 | 122 | RGW Construction, Inc. | Dividend paid 19.11% on $450,000.00; Claim# 1; Filed: $450,000.00; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 7100-000 | | 86,014.08 | 132,958.34 |
| 12/16/19 | 122 | RGW Construction, Inc. | Dividend paid 19.11% on $450,000.00; Claim# 1; Filed: $450,000.00; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 7100-000 | | -86,014.08 | 218,972.42 |
| 12/16/19 | 123 | Department of the Treasury | Dividend paid 19.11% on $342.57; Claim# 2U-2; Filed: $1,728.22; Reference: XX-XXX6085 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 7100-000 | | 65.48 | 218,906.94 |
| 12/16/19 | 123 | Department of the Treasury | Dividend paid 19.11% on $342.57; Claim# 2U-2; Filed: $1,728.22; Reference: XX-XXX6085 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 7100-000 | | -65.48 | 218,972.42 |
| 12/16/19 | 124 | FRANCHISE TAX BOARD | Dividend paid 19.11% on $909.88; Claim# 3U-3; Filed: $3,763.61; Reference: XXX5499XXX Inadvertently transposed amount of allowed admin claim vs; filed claim | 7100-000 | | 173.92 | 218,798.50 |

Subtotals: $0.00 $173.92

{} Asset reference(s)   Printed: 02/18/2020 01:23 PM   V.14.66

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.  

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | requiring amended distribution<br>Voided on 12/16/19 | | | | |
| 12/16/19 | 124 | FRANCHISE TAX BOARD | Dividend paid 19.11% on $909.88; Claim# 3U-3; Filed: $3,763.61; Reference: XXX5499XXX Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 7100-000 | | -173.92 | 218,972.42 |
| 12/16/19 | 125 | California Dept. of Tax & Fee Administration | Dividend paid 19.11% on $1,531.61; Claim# 5; Filed: $1,621.51; Reference: 0881/XXX-XX3606 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 7100-000 | | 292.76 | 218,679.66 |
| 12/16/19 | 125 | California Dept. of Tax & Fee Administration | Dividend paid 19.11% on $1,531.61; Claim# 5; Filed: $1,621.51; Reference: 0881/XXX-XX3606 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 7100-000 | | -292.76 | 218,972.42 |
| 12/16/19 | 126 | WELLS FARGO BANK | Dividend paid 19.11% on $13,739.43; Claim# 6; Filed: $13,739.43; Reference: 7485 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 7100-000 | | 2,626.19 | 216,346.23 |
| 12/16/19 | 126 | WELLS FARGO BANK | Dividend paid 19.11% on $13,739.43; Claim# 6; Filed: $13,739.43; Reference: 7485 Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided: check issued on 12/16/19 | 7100-000 | | -2,626.19 | 218,972.42 |
| 12/16/19 | 127 | Republic Services | Dividend paid 19.11% on $368.45; Claim# 7-2; Filed: $368.45; Reference: Inadvertently transposed amount of allowed admin claim vs; filed claim requiring amended distribution<br>Voided on 12/16/19 | 7100-000 | | 70.43 | 218,901.99 |
| 12/16/19 | 127 | Republic Services | Dividend paid 19.11% on $368.45; Claim# 7-2; Filed: $368.45; Reference: Inadvertently transposed amount of allowed admin claim vs; | 7100-000 | | -70.43 | 218,972.42 |

Subtotals: $0.00   $-173.92

{} Asset reference(s)

Case: 18-41344   Doc# 103   Filed: 03/06/20   Entered: 03/06/20 10:19:35   Page 15 of 17

Printed: 02/18/2020 01:23 PM   V.14.66

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41344-WJL  
**Case Name:** THE PIPER GROUP, INC.

**Taxpayer ID #:** **-***6085  
**Period Ending:** 02/18/20

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | filed claim requiring amended distribution Voided: check issued on 12/16/19 | | | | |
| 12/16/19 | 128 | Marlene G. Weinstein | Dividend paid 100.00% on $233.76, Trustee Expenses; Reference: | 2200-000 | | 233.76 | 218,738.66 |
| 12/16/19 | 129 | Marlene G. Weinstein | Dividend paid 100.00% on $46,200.00, Trustee Compensation; Reference: | 2100-000 | | 46,200.00 | 172,538.66 |
| 12/16/19 | 130 | Rincon Law, LLP | Dividend paid 100.00% on $58,190.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 58,190.00 | 114,348.66 |
| 12/16/19 | 131 | Rincon Law, LLP | Dividend paid 100.00% on $944.37, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 944.37 | 113,404.29 |
| 12/16/19 | 132 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $18,313.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 18,313.50 | 95,090.79 |
| 12/16/19 | 133 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $84.21, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 84.21 | 95,006.58 |
| 12/16/19 | 134 | Franchise Tax Board (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: XXX5499XXX- YEAR 2020 | 2820-000 | | 800.00 | 94,206.58 |
| 12/16/19 | 135 | Republic Services | Dividend paid 100.00% on $567.83, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs); Reference: 9176-CIRIMELE | 2420-000 | | 567.83 | 93,638.75 |
| 12/16/19 | 136 | Department of the Treasury | Dividend paid 100.00% on $1,151.17; Claim# 2P-2; Filed: $1,151.17; Reference: XX-XXX6085 | 5800-000 | | 1,151.17 | 92,487.58 |
| 12/16/19 | 137 | FRANCHISE TAX BOARD | Dividend paid 100.00% on $2,524.72; Claim# 3P-3; Filed: $2,524.72; Reference: XXX5499XXX | 5800-000 | | 2,524.72 | 89,962.86 |
| 12/16/19 | 138 | RGW Construction, Inc. | Dividend paid 19.26% on $450,000.00; Claim# 1; Filed: $450,000.00; Reference: | 7100-000 | | 86,708.04 | 3,254.82 |
| 12/16/19 | 139 | Department of the Treasury | Dividend paid 19.26% on $342.57; Claim# 2U-2; Filed: $1,728.22; Reference: XX-XXX6085 | 7100-000 | | 66.01 | 3,188.81 |
| 12/16/19 | 140 | FRANCHISE TAX BOARD | Dividend paid 19.26% on $909.88; Claim# 3U-3; Filed: $3,763.61; Reference: XXX5499XXX | 7100-000 | | 175.32 | 3,013.49 |
| 12/16/19 | 141 | California Dept. of Tax & Fee | Dividend paid 19.26% on $1,531.61; Claim# 5; | 7100-000 | | 295.12 | 2,718.37 |

Subtotals: $0.00  $216,254.05

{} Asset reference(s)

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 18-41344-WJL | **Trustee:** | Marlene G. Weinstein (001780) |
| **Case Name:** | THE PIPER GROUP, INC. | **Bank Name:** | Mechanics Bank |
| | | **Account:** | ******7666 - Checking Account |
| **Taxpayer ID #:** | **-***6085 | **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Period Ending:** | 02/18/20 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Administration | Filed: $1,621.51; Reference: 0881/XXX-XX3606 | | | | |
| 12/16/19 | 142 | WELLS FARGO BANK | Dividend paid 19.26% on $13,739.43; Claim# 6; Filed: $13,739.43; Reference: 7485 | 7100-000 | | 2,647.38 | 70.99 |
| 12/16/19 | 143 | Republic Services | Dividend paid 19.26% on $368.45; Claim# 7-2; Filed: $368.45; Reference: | 7100-000 | | 70.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 301,311.67 | 301,311.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 301,311.67 | 301,311.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $301,311.67 | $301,311.67 | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 301,311.67 | | | |
| Plus Gross Adjustments : | 557,688.33 | **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| Net Estate : | $859,000.00 | **Checking # ******7666** | 301,311.67 | 301,311.67 | 0.00 |
| | | | $301,311.67 | $301,311.67 | $0.00 |